

# NUMBER 13-22-00246-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

STEPHEN S. L. EARLEY AND
DOROTHY ANN EARLEY,                                    **Appellants,**

**v.**

NATIONSTAR MORTGAGE, L.L.C. A/K/A
MR. COOPER AND U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR BANC
OF AMERICA FUNDING 2008-FT1 TRUST,
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2008-FT1,                                       **Appellees.**

---

On appeal from the 444th District Court
of Cameron County, Texas.

---

# ORDER

**Before Justices Longoria, Hinojosa, and Silva**
**Order Per Curiam**

Currently before the Court are motions filed by appellants Stephen S. L. Earley

and Dorothy Ann Earley and appellees Nationstar Mortgage, L.L.C. a/k/a Mr. Cooper and U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1.[1] First, appellants have filed an unopposed motion for leave to amend their notice of appeal. Appellants further request that if we grant them leave to amend their notice of appeal, that we either (1) dismiss as moot a separate appeal filed in our cause number 13-22-00434-CV, or (2) consolidate cause number 13-22-00434-CV with this appeal. Second, appellees have filed an unopposed motion to extend time to file their brief until either (1) thirty days after the Court grants appellants the relief they seek in the motion described above, or (2) thirty days after appellees' current deadline if the Court denies appellants' motion. The Court, having examined and fully considered the foregoing motions, is of the opinion that they should be granted as stated herein.

We grant appellants' motion to amend their notice of appeal. Appellants shall file the amended notice of appeal within seven days from the date of this order. The Court will allow appellants to file a supplemental brief regarding the amendment within fourteen days from the date of this order. The Court denies appellants' motion to consolidate the appeals; however, the Court grants appellants' motion to dismiss the appeal in cause number 13-22-00434-CV and will do so by issuing a memorandum opinion in that cause dismissing the appeal.

---

[1] Appellee U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1, occasionally appears in the pleadings and record as U.S. Bank National Association, as Trustee for Bank of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1. This discrepancy is not material to the resolution of these motions.

We grant appellees' motion for extension of time to file their brief until thirty days after appellants' supplemental brief is filed.

PER CURIAM

Delivered and filed on the
19th day of October, 2022.